IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JARED CHARPENTIER, On Behalf of Himself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 3:20-cv-2004-K |
| MEARS GROUP, INC., | § § | |
| Defendant. | § § § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jared Charpentier ("Plaintiff"), on behalf of himself and all Opt-in Plaintiffs with a 29 U.S.C. § 216(b) consent to join on file in this case[1] (the "Opt-in Plaintiffs"), hereby files this Stipulation of Dismissal of the above-captioned case with Prejudice, respectfully showing as follows:

1. Defendant Mears Group, Inc. ("Defendant") consents to this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) as shown by the signature of its counsel below.

2. Each of the Opt-in Plaintiffs executed a Consent to Join this Fair Labor Standards Act ("FLSA") collective action whereby they agreed to be bound by the decisions of Plaintiff on

---

[1] Abraham Baez Castenada (ECF 24), Edgar Enrique Fuentes (ECF 39), Maurice Gibson (ECF 29), Robert Gordon (ECF 35), Hipolito Emmanuel Medellin (ECF 43), Steven Jackson (ECF 28), Francisous Lamb (ECF 25), Ricardo Leyva (ECF 38), Andra Lyons (ECF 44), Jose Machado (ECF 9), Anthony Orona (ECF 40), Roy Payton (ECF 32), William Pohoretsky (ECF 34), Jacob Reeves (ECF 27), Michael Riney (ECF 37), Karel Tookes (ECF 41), Tyler Roy (ECF 33), Vincent Jaime Saucedo (ECF 30), Lorenzo Veracruz (ECF 42), Cornelius Warren (ECF 31), Delray Williams (ECF 36), and Reginald Williams (ECF 26).

*Agreed Stipulation of Dismissal with Prejudice - Page* 1

their behalf, including settlement, legal fees, and all other matters pertaining to this lawsuit. (*See, e.g.,* ECF 24-1). Opt-in Plaintiffs also agreed to be represented by attorney Allen Vaught (*Id.*).

3. There are no pending motions before the Court as of the filing of this document.

4. By the signature of their counsel below, Plaintiff and Opt-in Plaintiffs hereby dismiss the above-captioned lawsuit with prejudice with Plaintiff, Opt-in Plaintiffs, and Defendant (collectively the "Parties") bearing their own court costs and attorneys' fees except as otherwise agreed by the Parties.

5. This stipulation is effective upon filing of this document and no Court order is required pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: October 15, 2021.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| s/ *Allen R. Vaught* | s/ *John B. Brown* |
| Allen R. Vaught | John B. Brown |
| TX Bar No. 24004966 | Texas Bar No. 00793412 |
| Vaught Firm, LLC | john.brown@ogletreedeakins.com |
| 1910 Pacific Avenue, Suite 9150 | OGLETREE, DEAKINS, NASH, SMOAK & |
| Dallas, TX 75201 | STEWART, P.C. |
| Telephone: (972) 707-7816 | 500 Preston Commons |
| Fax: (927) 591-4564 | 8117 Preston Road |
| avaught@txlaborlaw.com | Dallas, Texas 75225 |
|  | (214) 987-3800 |
| **ATTORNEY FOR PLAINTIFF AND** | (214) 987-3927 (Fax) |
| **OPT-IN PLAINTIFFS** |  |
|  | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Defendant regarding the filing of this document on October 15, 2021. On that same date, counsel for Defendant informed me that Defendant agrees to the relief requested herein.

s/Allen R. Vaught
Allen R. Vaught

*Agreed Stipulation of Dismissal with Prejudice - Page* 2

**CERTIFICATE OF SERVICE**

      On October 15, 2021, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served the document on all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                              s/ Allen R. Vaught
                                              Allen R. Vaught