IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARED CHARPENTIER, On Behalf of Himself and All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 3:20-cv-2004-K |
| MEARS GROUP, INC., § § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff Jared Charpentier, on behalf of himself and all Opt-in Plaintiffs, in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF 53 (the "Stipulation")). Defendant Mears Group, Inc. agrees to that Stipulation. After considering the Stipulation, the Court:

ORDERS that all claims in this lawsuit are hereby DISMISSED WITH PREJUDICE. All costs of court, attorneys' fees, and expenses shall be borne by the party incurring the same except as otherwise agreed by the Parties.

SO ORDERED.

Signed October 29th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE